# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2496
_____

IAN G. MONTERO-LOPEZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

September 25, 2024

PER CURIAM.

The Court denies the amended petition for belated appeal. *See* Fla. R. App. P. 9.141(c)(4)(F)(i).

B.L. THOMAS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert David Malove and Hani Demetrious of Robert David Malove, P.A., Fort Lauderdale, for Petitioner.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Respondent.